the alleged federal question was not properly presented to the Supreme Court of Colorado. *Caperton* v. *Bowyer,* 14 Wall. 216, 236; *Hulburt* v. *Chicago,* 202 U.S. 275, 280, 281; *Hiawasee River Power Co.* v. *Carolina-Tennessee Co.,* 252 U.S. 341, 343. *Mr. Archibald A. Lee* for petitioner. No appearance for respondent.

No. 313. MCREYNOLDS ET AL. *v.* FEDERAL-AMERICAN NATIONAL BANK & TRUST Co. October 16, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. George A. Berry* and *Joseph J. Malloy,* and *Mrs. Mabel Walker Willebrandt* for petitioners. *Messrs. Leon Tobriner* and *Abner H. Ferguson* for respondent.

No. 353. PIZZITOLO *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John J. Finnorn* for petitioner. *Solicitor General Biggs* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.

No. 354. VINKEMULDER *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John J. Finnorn* for petitioner. *Solicitor General Biggs* and *Mr. Mahlon D. Kiefer* for the United States.

No. 356. WILLIFORD *v.* KANSAS CITY SOUTHERN RY. Co. October 16, 1933. Petition for writ of certiorari to